USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TERRY J. BOYD,

                        Plaintiff,

        -against-

                                21-CV-4075 (VEC)

JAVIER TIBURCIO-LORA AND
METROPOLITAN FOODS INC,                 ORDER

                        Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 6, 2021, Defendants filed a Notice of Removal in this action (Dkt. 1);

       WHEREAS on May 10, 2021, the Court issued an order requiring Defendants to show cause no later than May 17, 2021, why their removal was timely pursuant to 28 U.S.C. § 1446 (Dkt. 4); and

       WHEREAS on May 12, 2021, Plaintiff filed a motion to remand this action to state court, arguing that Defendants' removal was untimely under 28 U.S.C. § 1446 (Dkt. 5);

       IT IS HEREBY ORDERED that Defendants must respond to Plaintiff's motion not later than **May 26, 2021**. Defendants are no longer required to respond to the Court's order to show cause by May 17, 2021. Instead, Defendants' response to Plaintiff's motion must incorporate any information Defendants planned to include in response to the Court's order to show cause that would not otherwise be included in their opposition to Plaintiff's motion. Plaintiff may reply in further support of his motion to remand not later than **June 2, 2021**.

**SO ORDERED.**

Date: May 13, 2021
       New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**